UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

       Plaintiff,

v.                                                                                Crim. No. 07-194(1) (JNE/FLN)
                                                                       ORDER

Anthony Joseph Tenerelli,

       Defendant.

In a Report and Recommendation dated January 9, 2008, the Honorable Franklin L. Noel, United States Magistrate Judge, recommended that Defendant's motion to suppress evidence obtained during a search of Defendant's residence be granted in part and denied in part. The Magistrate Judge also recommended that Defendant's motions to suppress eyewitness identifications and to suppress statements by Defendant be denied as moot. Both parties objected to the Report and Recommendation. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. Defendant's Motion to Suppress Evidence Obtained as a Result of a Search and Seizure [Docket No. 35] is GRANTED with respect to the clothing, the closed-circuit camera, and the mini-cassette recorder and DENIED to the extent Defendant seeks to suppress the videotapes.

2. Defendant's Motion to Suppress Statements, Admissions, and Answers [Docket No. 36] is DENIED as moot.

3. Defendant's Motion to Suppress Eyewitness Identifications [Docket No. 40] is DENIED as moot.

Dated: February 13, 2008

                                                                       s/ Joan N. Ericksen
                                                                       JOAN N. ERICKSEN
                                                                       United States District Judge